CFN: 20200719422 BOOK 32238 PAGE 3353
DATE:12/14/2020  03:44:56 PM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20751-CR-COOKE

UNITED STATES OF AMERICA

vs.

SILA LUIS,

        Defendant.
_____/

## RELEASE OF LIS PENDENS

GRANTEE: LS Property Holdings, LLC.

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Notice of *Lis Pendens* recorded in Miami-Dade County Recorder's Office on July 19, 2019 in Official Record Book 31532, Page 808 of the Public Records of Miami-Dade, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **3401 SW 11 Street, Unit 2A, Miami, Florida**, more particularly described as:

CONDOMINIUM UNIT NO. 2-A, BUILDING 14, OF CORAL GABLES CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF, RECORDED IN OFFICIAL BOOK 8738, AT PAGE 922, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH ALL APPURTENANCES THERETO, INCLUDING AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AND LIMITED COMMON ELEMENTS OF SAID CONDOMINIUM AS SET FORTH IN THE DECLARATION.

Folio No. 01-4109-057-2960

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   */s/ Nicole Grosnoff*
        Nicole Grosnoff
        Assistant United States Attorney
        Court ID No. A5502029
        nicole.s.grosnoff@usdoj.gov
        U.S. Attorney's Office
        99 Northeast Fourth Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9294
        Facsimile: (305) 536-4089