UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:12-cr-20751-KMW

**UNITED STATES OF AMERICA,**

vs.

**SILA LUIS,
ELSA RUIZ, and
MYRIAM ACEVEDO,**

        **Defendants.**
_____/

### UNITED STATES' NOTICE OF APPEARANCE

The United States of America hereby files this Notice of Appearance of DOJ Trial Attorney Claire M. Horrell as counsel of record in this case.

    Respectfully submitted,

    LORINDA LARYEA
    ACTING CHIEF, FRAUD SECTION

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:    /s/ *Claire M. Horrell*
    Claire M. Horrell
    FL Special Bar No. A5503342
    Trial Attorney
    Criminal Division, Fraud Section
    U.S. Department of Justice
    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    claire.horrell@usdoj.gov
    Cell: (202) 285-5630

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 15, 2025, I served and filed the foregoing document with the Clerk of Court via CM/ECF.

**Dated:**    June 15, 2025

                        */s/ Claire M. Horrell*
                        Claire M. Horrell
                        Trial Attorney
                        U.S. Department of Justice