**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-20751-CR-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**SILA LUIS et al.,**

        **Defendants.**

_____/

**GOVERNMENT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The United States, through the undersigned Assistant United States Attorney[1], hereby respectfully requests that this Court enter an order granting the undersigned's withdrawal as one of the government's counsel in the instant case. Replacement counsel has already filed a notice of appearance on this case. Accordingly, it is no longer necessary for undersigned counsel to receive notices of activity concerning this case.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that this Court enter an order granting undersigned counsel's withdrawal from the instant case.

           Respectfully submitted,

           JASON A. REDING QUIÑONES
           UNITED STATES ATTORNEY

By:    */s/ Jessica A. Massey*
        Jessica A. Massey
        Florida Special Bar No. A5503083
        Assistant United States Attorney
        United States Attorney's Office
        99 Northeast 4th Street, Suite 700
        Miami, Florida 33132

---

1 Undersigned counsel recently transferred from the Department of Justice Criminal Division to the United States Attorney's Office and is in the process of filing a notice of change of address on all pending cases.

Jessica.Massey@usdoj.gov or
Jessica.Massey3@usdoj.gov
(202) 262-9203 or (786) 338-6975

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 15, 2026, the undersigned electronically filed the

foregoing document, United States' Motion to Withdraw as Counsel of Record, with the Clerk of the

court using CM/ECF.

By: */s/ Jessica A. Massey*
Assistant U.S. Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-20751-CR-KMW**

**UNITED STATES OF AMERICA**

vs.

**SILA LUIS et al.,**

      **Defendants.**
_____/

**ORDER GRANTING GOVERNMENT'S MOTION TO**
**WITHDRAW AS COUNSEL OF RECORD**

THIS CAUSE came to court on the United States' Motion to Withdraw as Counsel of Record and the Court being fully advised on the premises, it is hereby,

 **ORDERED AND ADJUDGED** that the motion is hereby GRANTED.  The clerk of Court is hereby ordered to terminate Assistant United States Attorney Jessica A. Massey from this case.

 **DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this _____ day of **June 2026**.

 

_____
HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

cc:    Jessica A. Massey, AUSA