**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-20751-CR-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**SILA LUIS et al.,**

            **Defendants.**

_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

THIS CAUSE came to court on the United States' Motion to Withdraw as Counsel of Record and the Court being fully advised on the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is hereby GRANTED. The clerk of Court is hereby ordered to terminate Assistant United States Attorney Jessica A. Massey from this case.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this _17_ day of **June 2026**.

 

 

_____
HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

cc:    Jessica A. Massey, AUSA